# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| NANCY HOGUE, | Civil Action No. 4:07 – CV-109 |
| Plaintiff, | |
| v. | |
| PALISADES COLLECTION LLC, & BRUMBAUGH & QUANDAHL, P.C., | DISMISSAL WITH PREJUDICE |
| Defendants. | |

Plaintiff Nancy Hogue hereby dismisses the above entitled cause with prejudice pursuant to a settlement agreement reached between the parties.

Plaintiff signs off for costs.

Dated this 19 day of Sept, 2007.

Respectfully submitted

RAY JOHNSON
JOHNSON LAW FIRM
P.O. Box 27062
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656

Approved as to form and content:

David A. Morse
ROSENBERG, STOWERS & MORSE
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, Iowa 50309
Telephone: (515) 243-7600
Fax: (515) 243-0583
morse@rosenbergstowersmorse.com